796 A.2d 89

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND Petitioner

v.

William O. SANFORD Respondent.

Misc. (Subtitle AG) No. 47, Sept. Term, 2000.

Court of Appeals of Maryland.

April 10, 2002.

Melvin Hirshman, Bar Counsel and James P. Botluk, Assistant Bar Counsel for the Attorney Grievance Commission of Maryland, for Petitioner.

Albert D. Brault, Esquire, Washington, DC (Brault, Graham, Scott & Brault Samuel C. Hamilton, Esquire of Silver Spring), for Respondent.

Argued before BELL, C.J., ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA, JJ.

ORDER

The Court referred the petition for disciplinary action in the above case to the Circuit Court for Montgomery County to be heard and determined by Judge Paul McGuckian. Following a hearing, Judge McGuckian issued findings of fact and conclusions of law.

Thereafter the record of the hearing was transmitted to the Court of Appeals. After the filing of exceptions and a recommendation for sanction, the Court heard oral argument from attorneys for the petitioner and respondent.

NOW, THEREFORE, it is this 10th day of April, 2002,

ORDERED, by the Court of Appeals of Maryland, that the petition for disciplinary action be, and it is hereby, DISMISSED.